

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00370-CR

**IN RE** Lawrence **BURLESON**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Beth Watkins, Justice

Delivered and Filed: September 22, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

On September 1, 2021, relator Lawrence Burleson filed a petition for writ of mandamus. We may issue writs of mandamus when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE ANN. § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing the trial court abused its discretion and no adequate appellate remedy exists. *In re State ex rel. Ogg*, 618 S.W.3d 361, 363 (Tex. Crim. App. 2021) (orig. proceeding). After considering the petition and the attached record, we conclude relator has not satisfied the requirements for issuing writs of mandamus. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2019CR11800, styled *State of Texas v. Burleson*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.